1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY − 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,       )   Case No.: SA16 - 231M
12                    Plaintiff,     )   ORDER OF DETENTION AFTER
                                     )   HEARING
13          vs.                      )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                     )      § 3143(a)]
14   Julia Reyes                     )
15                    Defendant.     )
16

17          The defendant having been arrested in this District pursuant to a warrant issued

18   by the United States District Court for the ___Western  Dist. of TX___,

19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20   release]; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23          The Court finds that:

24   A.     ☒  The defendant has not met his/her burden of establishing by clear and

25          convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26          3142(b) or (c).  This finding is based on _(1) ties to Mexico (2) undocumented_

27          _status (3) lack of bail resources_

28          _____

1
2
3       and/or
4   B.     (X) The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the safety of any
6          other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7          finding is based on _____ instant allegations _____
8
9
10
11
12
13          IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.
15
16   DATED: ___May 4, 2016___          _____
17                                      KAREN E. SCOTT
18                                      UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28